United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>FAIRWINDS ESTATE WINERY, LLC,<br><br>    Defendant. | Case No. 22-cv-00032-DMR<br><br>**SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE II & III (42 U.S.C. §§ 12131- 89)** |

IT IS HEREBY ORDERED that this action is assigned to the Honorable Donna M. Ryu. When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this order and the assigned judge's pertinent Standing Orders. This case is otherwise exempt from Civil Local Rule 4-2. Counsel must comply with the case schedule listed below unless the Court otherwise orders.

| **CASE SCHEDULE** | | |
|---|---|---|
| **Date** | **Event** | **Governing Rule** |
| 1/4/2022 | Complaint Filed | |
| 60 days after Complaint Filed | Last day for plaintiff to complete service on defendants or file motion for administrative relief from deadline | General Order 56 ¶1; Civil L.R.7-11 |
| 7 days before Joint Site Inspection | Last day for parties to complete initial disclosures | FRCivP 26(a); General Order 56 ¶4 |
| 60 days after service of complaint | Last day for parties and counsel to hold joint inspection of premises | General Order 56 ¶7 |

| | | |
|---|---|---|
| 35 days after Joint Site Inspection | Last day for parties to meet and confer in person to discuss settlement | General Order 56 ¶8 |
| 42 days after Joint Site Inspection | Last day for plaintiff to file Notice of Need for Mediation and Certification of Counsel | General Order 56 ¶9 |
| 7 days after mediator files Certification of ADR Session certifying mediation process is concluded | Last day for plaintiff to file Notice Requesting Case Management Conference | General Order 56 ¶10; Civil L.R . 7-11 |