MARK R. MEYER - #238231
Losch Ehrlich & Meyer
500 Sutter St.
San Francisco, CA 94102
Telephone: (415) 684-8885
Email: mm@losch-ehrlich.com

Attorneys for Defendant
Fairwinds Estate Winery, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andres Gomez, | Case No. 4:22-cv-00032-JST |
| Plaintiff, | **Defendant's Motion to Dismiss; Declaration of Brandon R. Chaney** |
| v. | |
| Fairwinds Estate Winery, LLC, | Honorable Jon S. Tigar |
| Defendant. | Hearing Date:<br>Thursday 2:00 p.m., 08/04/2022 |

I, Brandon R. Chaney, declare:

1. I make this declaration based upon my personal knowledge.
2. I am the Proprietor & CEO of Fairwinds Estate Winery, located in Calistoga, Napa Valley, and familiar with its business and operations at all times relevant to this declaration and the complaint in this action.
3. Fairwinds Estate Winery's operations have included growing grapes, wine production, and wholesale and direct wine sales.
4. Plaintiff named "Fairwinds Estate Winery, LLC," as the Defendant in this action. However, "Fairwinds Estate, LLC" is the name of the entity that operates the winery and holds the winery license.
5. In September 2020, Fairwinds Winery was destroyed in the September 2020 Glass Fire. The damage to Fairwinds and other wineries in the area was widely reported. The tasting room was damaged and winery buildings were destroyed. As a result, Fairwinds Estate Winery was not open for business to the general public in 2021. The winery ceased wine shipments to club members and is still recovering.
6. During 2021, the public could not use the Fairwinds website to plan a visit, schedule a tour, or order wine for pick-up at the property. In 2021, the winery did not provide general public access; did not operate as a restaurant, bar, or other establishment serving food or drink; did not provide for public sales on site; did not provide lodging; and did not provide exhibitions, entertainment, or a place of public gathering. In sum, Fairwinds was not a place of public accommodation during 2021.
7. Information regarding the fire was available on the website in 2021, and I understand that information could be obtained using software that reads the website.
8. Earlier this year in 2022, prior to when Fairwinds was served with the Complaint in this action, Fairwinds updated its website. Fairwinds directed its

web designer to review the website to determine if it is accessible. Third party reviews have indicated to Fairwinds that the website is accessible and does not contain barriers to use by a person with a visual disability. Accordingly, the website is substantially different from the website allegedly visited by Plaintiff and any alleged barriers he encountered no longer exist.

9. Fairwinds has no record of Plaintiff contacting Fairwinds prior to the filing of this law suit. Fairwinds has no record of Plaintiff attempting to visit Fairwinds Winery or otherwise use any goods or services of Fairwinds.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 5/16/2022            /s/Brandon R. Chaney
                                  Brandon R. Chaney