UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDRES GOMEZ,

        Plaintiff,

   v.

FAIRWINDS ESTATE WINERY, LLC,

        Defendant.

Case No. 22-cv-00032-JST

**ORDER TO SHOW CAUSE**

Defendant Fairwinds Estate Winery, LLC, filed a motion to dismiss on May 16, 2022. ECF No. 14. An opposition was due by May 31, 2022. In lieu of an opposition, Plaintiff Andres Gomez filed a notice of intent to file a first amended complaint by June 6, 2022. ECF No. 20. June 6 was the last day for Plaintiff to file an amended complaint as of right under Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure.[1]

To date, Plaintiff has not filed an amended complaint. Accordingly, Plaintiff is ordered to show cause in writing, within seven days of the date of this order, as to why sanctions, including dismissal of this case for failure to prosecute, should not be imposed. Failure to file a timely response to this order to show cause will result in dismissal of this case with prejudice under Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: June 14, 2022

                                   JON S. TIGAR
                            United States District Judge

---

[1] Plaintiff's notice incorrectly cited to Rule 15(a)(1)(A). ECF No. 20 at 2.