CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Adrian M. Slipski, Esq., SBN 325910
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
adrians@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Andres Gomez**,

  Plaintiff,

 v.

**Fairwinds Estate Winery, LLC, a Nevada Limited Liability Company**,

  Defendants

Case No.: 4:22-cv-00032-JST

**Plaintiff's Notice of Voluntary Dismissal Pursuant to FRCP 41(a)**

PLEASE TAKE NOTICE:

 Pursuant to FRCP 41(a)(1)(A)(i) Plaintiff voluntarily dismisses his claims pending in this action without prejudice.

Dated: July 12, 2022  CENTER FOR DISABILITY ACCESS

        By: /s/ Adrian M. Slipski
        Adrian M. Slipski
        Attorney for Plaintiff